IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:10CR146 |
|---|---|---|
| | ) | 8:10CR425 |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| RICHARD COSTANZO, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motion to Modify Conditions of Release Filing [219] in 8:10CR146 and Filing [44] in 8:10CR425. Following a hearing in this matter and having considered the matter the court grants the defendant's motions subject to the following limitations:

IT IS ORDERED:

1. The United States Marshal shall transport the defendant to the Roman L. Hruska Courthouse on September 15, 2011 at 8:30 a.m.

2. The defendant shall then be released at or shortly before 9:00 a.m. to allow the defendant to attend funeral services for his mother which are scheduled for Thursday and Friday, September 15 and 16, 2011.

3. The defendant shall have no communications concerning his case with any potential witnesses.

4. The defendant shall report back to the United States Marshal's office located in the Roman Hruska Courthouse, Room B06, Omaha, NE no later than 3:30 p.m. on Friday, September 16, 2011.

DATED this 14th day of September, 2011.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE