**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR146 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JANNA WASKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Janna Wasko (Wasko) for a modification of his release conditions ([Filing No. 246](#)). Upon consideration, the motion will be granted and Wasko shall be permitted to possess a hunting rifle for the purpose of participating in hunting deer for the current deer hunting season as long as she complies with the rules and regulations for deer hunting.

**IT IS SO ORDERED.**

DATED this 26th day of October, 2011.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                                United States Magistrate Judge