# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 08:10CR146 )  |
| Plaintiff, | ) ORDER AUTHORIZING ) DISCLOSURE OF ) GRAND JURY MATERIAL |
| vs. | ) ) |
| RICHARD COSTANZO, | ) ) |
| Defendant. | ) |

This matter is before the court on the United States' Motion for Disclosure of Grand Jury Material (Filing No. 298). The court, being duly advised in the premises, finds the Motion should be granted.

**IT IS ORDERED:**

1. The United States' Motion for Disclosure of Grand Jury Material (Filing No. 298) is hereby granted.

2. The United States is authorized to disclose grand jury material to Nicole Costanzo and her counsel, Jerry J. Sena, in connection with the forfeiture Petition (Filing No. 263) filed by Ms. Costanzo.

DATED this 5th day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge