IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | 8:10CR146 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICHARD COSTANZO, | TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED |
| Defendant. | |

Pursuant to NECrimR 55.1(g), counsel for Plaintiff and Defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed.

Plaintiff's Exhibit Nos. 1, 2, 2A, 3-6, 8-10, 13, and 15-19 from hearing held October 12-13, 2011

Defendant's Exhibit Nos. 101 – 106 from hearing held May 10, 2010 and Exhibit No. 101 from hearing held October 12-13, 2011

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 25th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge