```
IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF NEBRASKA
```

| UNITED STATES OF AMERICA, | 8:10CR146 |
|---|---|
| Plaintiff, | 8:10CR425 |
| vs. | |
| RICHARD COSTANZO, | **ORDER** |
| Defendant. | |

This matter is before the court on defendant's Motion to Order Government to Serve Its Response and Extension to Then Reply, Fling No. 330, in 8:10CR425, and Filing No. 330 in 8:10CR146. The pro se defendant indicates that he did not receive by U.S. Mail the government's Response filed on August 15, 2012. Accordingly,

IT IS ORDERED:

1. The Clerk's Office shall mail a copy of the government's Response, Fling No. 326 in 8:10CR425 and Filing 326 in 8:10CR146, to the defendant at his address on the docket sheet.

2. The defendant shall file his objections/reply to the government's Response to the Motion for Return of Property within 21 days of the date of this order.

Date: August 27, 2012

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge